UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

v.

TAKIA MARIE SALAZAR,

       Defendant.
_____/

Hon. Janet T. Neff

Case No. 1:15-cr-00185-JTN-1

## ORDER

This matter is before the Court on the government's motion for pretrial detention. The government sought defendant Takia Salazar's detention on two bases: (1) that she poses a danger to the community, 18 U.S.C. § 3142(f)(1); and (2) that there is a serious risk that she will attempt to obstruct justice, or to threaten, injure, or intimidate a prospective witness. 18 U.S.C. § 3142(f)(2)(B). The Court conducted an evidentiary hearing today at which defendant was represented by counsel.

For the reasons stated on the record, the Court finds that the government failed to meet its burden of proving that defendant is a danger to the community, but that the government has proven by clear and convincing evidence that defendant poses a serious risk of obstructing justice and threatening, injuring, and intimidating a prospective witness. The Court also finds, as explained on the record, that there is no condition or combination of conditions that will ensure that the obstructive and intimidating conduct will not continue. Accordingly,

**IT IS ORDERED** that defendant is committed to the custody of the Attorney General pending further order of this Court.

**DONE AND ORDERED** this 20th day of October, 2015.

    /s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge